IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 5658 CTH S,     Case No. 07-C-711
LAND O LAKES, VILAS COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

        Defendant.

---

ORDER APPROVING EXPEDITED SETTLEMENT AGREEMENT

---

The Expedited Settlement Agreement entered herein by plaintiff United States of America and U.S. Bank, National Association N.D. is hereby APPROVED.

DATED this 12th day of May 2008.

                                                                                  *Barbara B. Crabb*
                                                                                  BARBARA B. CRABB
                                                                                  United States District Judge